# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SANG YI, | 2:12-cv-01590-APG-PAL |
| Plaintiff, | |
| vs. | **O R D E R** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Currently before the Court is the Report and Recommendation (#17) entered by the Magistrate Judge on April 19, 2013, in which the Magistrate Judge recommends that the Court deny Plaintiff's Motion for Judgment on the Pleadings (#8) and grant the Commissioner's Cross-Motion to Affirm (#13). Objections to the Report and Recommendation (#17) have not been timely filed, nor has Plaintiff requested an extension of the time to file objections. When objections are timely filed, the Court is required to make a *de novo* determination of the portions of the report to which objection is made. 28 U.S.C. § 636(b)(1). When no objections are filed, the court is not required to review the report and recommendation at all. *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

While Plaintiff has failed to object to the Report and Recommendation (#17), the Court has reviewed the Report and Recommendation and agrees with the Magistrate Judge's

1

determination that the Administrative Law Judge's decision to deny disability benefits is supported by substantial evidence and should be affirmed.

**IT IS, THEREFORE, HEREBY ORDERED** that the Report and Recommendation (#17) is **APPROVED AND ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Judgment on the Pleadings (#8) is **DENIED**.

**IT IS FURTHER ORDERED** that the Commissioner's Cross-Motion to Affirm (#13) is **GRANTED**.

The Clerk shall enter judgment accordingly.

DATED this 10th day of May, 2013.

_____
**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**