# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SANG YI, | 2:12-cv-01590-APG-PAL |
| Plaintiff, | |
| vs. | **O R D E R** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Currently before the Court is the Report and Recommendation (#17) entered by the Magistrate Judge on April 19, 2013, in which the Magistrate Judge recommends that the Court deny Plaintiff's Motion for Judgment on the Pleadings (#8) and grant the Commissioner's Cross-Motion to Affirm (#13). Objections to the Report and Recommendation (#17) have not been timely filed, nor has Plaintiff requested an extension of the time to file objections. When objections are timely filed, the Court is required to make a *de novo* determination of the portions of the report to which objection is made. 28 U.S.C. § 636(b)(1). When no objections are filed, the court is not required to review the report and recommendation at all. *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

While Plaintiff has failed to object to the Report and Recommendation (#17), the Court has reviewed the Report and Recommendation and agrees with the Magistrate Judge's

determination that the Administrative Law Judge's decision to deny disability benefits is supported by substantial evidence and should be affirmed.

**IT IS, THEREFORE, HEREBY ORDERED** that the Report and Recommendation (#17) is **APPROVED AND ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Judgment on the Pleadings (#8) is **DENIED**.

**IT IS FURTHER ORDERED** that the Commissioner's Cross-Motion to Affirm (#13) is **GRANTED**.

The Clerk shall enter judgment accordingly.

DATED this 10th day of May, 2013.

_____
**ANDREW P. GORDON**
**UNITED STATES DISTRICT JUDGE**